1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                          EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          )   1:06-CR-393 OWW
                                       )
12                  Plaintiff,         )
                                       )   ORDER CONTINUING SENTENCING
13                                     )   HEARING
                       v.              )
14                                     )
                                       )
15  MARIO POSADAS,                     )
      aka Pedro Lopez AVILES,          )
16                                     )
                    Defendant.         )
17                                     )
    _____
18
19          Upon the stipulation of the parties and good cause appearing therefore,

20          IT IS HEREBY ORDERED that the sentencing hearing for the defendant shall be continued
21
    from September 10, 2007 to September 17, 2007, at 9:00 a.m.
22
    IT IS SO ORDERED.
23
24  **Dated:    September 7, 2007            _____ /s/ Oliver W. Wanger_____**
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28